918

ERNEST R. MINGIONE, an Infant by His Father and Natural Guardian, DOMINICK J. MINGIONE, et al., Respondents, v. CHILDCRAFT EQUIPMENT COMPANY, INC., Appellant, et al., Defendant.—

Concur — McGivern, J. P., Markewich, McNally and Macken, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY WHITFIELD.—

Concur — Stevens, P. J., Eager, Capozzoli, McGivern and Markewich, JJ.